IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re:

Micah E. Wells &
Onekie S. Wells
102 Brookhaven Loop
Ludowici, GA 31316
SSN: XXX-XX-0250
XXX-XX-8834

Debtor(s)

Chapter 13
Case No.24-20014-MJK

## TRUSTEE'S MOTION TO CONFIRM AS AMENDED

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $_____ or more to unsecured creditors, but in any event will pay not less than _____ % of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

☐ Raise payments/extend plan as follows:

☐ Change valuation(s) as follows:

☒ Allow/Modify/Disallow claims as follows: Cl.# 17 + #10017 Penny Mac - PCG arrears as filed

☐ Other: Cl.# 21 + #10021 Penny Mac - PCG arrears as filed.

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given this 1st Day of May, 2024.

_____          _____
Jeremiah B. Gastin
Ga Bar 705768
Debtor's Counsel                    Chapter 13 Trustee / Attorney

_____
Debtor

_____
Debtor

_____
Creditor's Counsel for Penny Mac

_____  PENNYMAC
Creditor's Counsel

TCD